CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Dennis Price, Esq., SBN 279082
Mail: PO Box 262490
San Diego, CA 92196-2490
Delivery: 9845 Erma Road, Suite 300
San Diego, CA 92131
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com
Attorneys for Plaintiff

PAUL N. JACOBS (SBN: 95241)
pauljacobs@irvinebusinesslawyers.com
DEBRA A. DODDS (SBN: 105598)
ROBERT J. BASTONE (SBN: 259249)
JACOBS & DODDS
2151 Michelson Drive, Suite 168
Irvine, CA 92612
Telephone: (949) 645-7300
Facsimile: (949) 645-7305
Attorneys for Defendant
O.C. Interior Services, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRIS LANGER,<br><br>　　　　Plaintiff,<br><br>v.<br><br>O.C. INTERIOR SERVICES, LLC a California Limited Liability Company; and Does 1-10,<br><br>　　　　Defendants. | Case: 8:18-CV-00281-JVS-DFM<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |

1

# **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: October 25, 2018          CENTER FOR DISABILITY ACCESS

             By:  /s/ Phyl Grace
                Phyl Grace
                Attorneys for Plaintiff

Dated: October 25, 2018          JACOBS & DODDS

             By:  /s/ Paul N. Jacobs
                Paul N. Jacobs
                Debra A. Dodds
                Robert J. Bastone
                Attorneys for Defendant
                O.C. Interior Services, LLC

## **SIGNATURE CERTIFICATION**

I hereby certify that the content of this document is acceptable to Paul N. Jacobs, counsel for O.C. Interior Services, LLC, and that I have obtained Mr. Jacobs's authorization to affix his electronic signature to this document.

Dated: October 25, 2018   CENTER FOR DISABILITY ACCESS

By:  /s/ Phyl Grace
     Phyl Grace
     Attorneys for Plaintiff